```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                           TAMPA DIVISION
```

**ANDRE LOVETT,**

      **Plaintiff,**

**v.**                                    **Case No.: 8:14-cv-00422-RAL-TBM**

**TARGET CORPORATION,**

      **Defendant.**
_____/

## MEDIATION REPORT

In accordance with the Court's mediation order, a mediation conference was held on March 31, 2015. Plaintiff and his trial counsel, and Defendant's corporate representative and trial counsel attended and participated.

<u>The case has been completely settled.</u>

Done March 31, 2015 in Tampa, Florida.

                                    Respectfully submitted,

                                    <u>/s/ Peter J. Grilli</u>
                                    Peter J. Grilli, Esq.
                                    Florida Bar No. 237851
                                    Mediator
                                    3001 West Azeele Street
                                    Tampa, Florida 33609
                                    813.874.1002    Fax: 813.874.1131
                                    email: meditr@aol.com

I HEREBY CERTIFY that March 31, 2015 I electronically filed the foregoing document with the United States District Court Electronic Case Filing system, which will electronically send copies to counsel of record.

                                    <u>/s/ Peter J. Grilli</u>
                                    Peter J. Grilli, Esq.